QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
  Justin B. Barnard (Bar, No. 261660)
  justinbarnard@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4624
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff Zynga Game
Network Inc.

HEFFERNAN SEUBERT & FRENCH
  Bill Frimel (Bar No. 160287)
  bill@hsfllp.com
1075 Curtis Street
Menlo Park, CA. 94025
Telephone:   (650) 322-3048
Facsimile:    (650) 322-2976

Attorneys for Defendant Green Patch, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| Zynga Game Network Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Green Patch, Inc., <br><br> Defendant. | CASE NO. 09-CV-3636-SC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE <br><br> [CIV. L. R. 6-2] <br><br> Honorable Samuel Conti <br> United State District Judge <br><br> Complaint Filed:  August 7, 2009 |

Pursuant to Civil Local Rule 6-2, Plaintiff Zynga Game Network Inc. ("Zynga") and Defendant Green Patch, Inc. ("Green Patch") stipulate to continue the deadline for conducting ADR.

1. <u>Reason for the Request</u>

In its Order Selecting ADR Process (D.N. 82), the Court directed the parties to conduct an

ADR session by March 2, 2010. The parties have since conferred extensively over the selection of a private mediator and timing of mediation. The parties have now agreed upon having this dispute mediated by Hon. Charles A. Legge (Ret.), and are in the process of scheduling a date for mediation. The parties are genuinely committed to exploring alternative resolution of this case and wish for additional time to carry out the mediation by no later than April 1, 2010.

2. Prior Time Modifications

There have been four prior time modifications, which shortened the times for resolving earlier motions. On August 24, September 15, and September 28, 2009, the Court granted motions to hear on expedited bases the parties' various discovery motions. (D.N. 20, 35, 56.) On September 18, 2009, the Court granted in part Plaintiffs' motion to hear on an expedited basis its motion for a protective order. (D.N. 40.)

3. Effect of Requested Modification

The requested modification will have no effect on the rest of the schedule in this action.

So Stipulated.

NOW, THEREFORE, the parties to this action, through their respective counsel of record, AGREE TO AND HEREBY STIPULATE, if agreeable to the Court, to continue the deadline for conducting ADR for 30 days, until April 1, 2010.

DATED: March 1, 2010            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                By /s/_____
                                   Gabriel S. Gross
                                   Attorneys for Zynga Game Network Inc.

DATED: March 1, 2010            HEFFERNAN SEUBERT & FRENCH

                                By /s/_____
                                   Bill Frimel
                                   Attorneys for Green Patch, Inc.

IT IS SO ORDERED
Judge Samuel Conti

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  DATED: March _____, 2010

                                                  SAMUEL CONTI
United States District Court Judge

13  I, Gabriel S. Gross, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has concurred in this filing.