QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
  Igor Piryazev (Bar No. 253149)
  igorpiryazev@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Zynga Game Network Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zynga Game Network Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Green Patch, Inc., <br><br> Defendant. | CASE NO. 09-CV-3636-SC(EMC) <br><br> DECLARATION OF ROBERT ZEIDMAN IN SUPPORT OF PLAINTIFF ZYNGA GAME NETWORK INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF COPYRIGHT INFRINGEMENT AND ENTITLEMENT TO STATUTORY DAMAGES RELATING TO *FARMVILLE* <br><br> **PUBLIC REDACTED VERSION** |

I, Robert Zeidman, hereby declare as follows:

1. Each of the following statements is made of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so.

2. I was retained by counsel for Zynga Game Network Inc. to analyze and compare the code for its video games *FarmVille, Mafia Wars, Fashion Wars,* and *Texas HoldEm Poker* with the code for the Green Patch, Inc. video games *(Lil) Farm Life, Mafioso, Fashionista,* and *Poker Planet,* and to identify and assess areas of similarity.

3. I have done so and concluded that Green Patch engaged in extensive, substantial copying of Zynga's copyrighted works. My opinions and conclusions are set forth in detail in the September 7, 2010 "Expert Report of Robert Zeidman" and attachments thereto. A true and correct copy of my Report is attached to this declaration as <u>Exhibit 1</u> (excluding Exhibits N-R comprising the copyright registrations and three CD-ROMs from Exhibits S-U, which contained data I generated in my work[1]), which I incorporate herein by reference.

4. I am the founder and president of Zeidman Consulting, a company which provides expert analysis of computer software and hardware. Since 1987, I have worked in the computer hardware and software industry for clients including Apple Inc., Cisco Systems, Ricoh Systems, and Texas Instruments. I have written technical papers on hardware and software design methods and have taught courses on Verilog, ASIC, and FPGA design at engineering conferences throughout the world. I hold a Master's degree from Stanford University in Electrical Engineering and two Bachelor's degrees from Cornell University in Electrical Engineering and Physics. A copy of my resume is attached as <u>Exhibit A</u> to my Report (<u>Exhibit 1</u>).

---

[1] Exhibits S-U, containing the raw electronic data generated by my comparison of the parties' source code will be made available to the Court upon request. It has been excluded from the exhibits for the purpose of brevity. Exhibits N-R are the copyright registrations and files submitted by Zynga to the Copyright Office. They are attached to the Declaration of Gabriel S. Gross.

5.      I have developed a tool called CodeSuite® for detecting whether one computer program has been plagiarized from another computer program.[2] One of the components of CodeSuite® is called CodeMatch®. CodeMatch® uses a combination of four algorithms measure and evaluate source code correlation. These algorithms measure the correlation of: (1) statements that implement the control structure, (2) comments and strings in the code that are used to document the code and/or provide messages to users, (3) sequences of instructions comprising control words and operators, and (4) identifiers that comprise the variables, constants, functions, and labels in the code. This combination of algorithms is designed to minimize the chance of missing plagiarized code. A more detailed description of CodeMatch® can be found in my Report at ¶¶ 6, 24-28, 41-43 and Exhibit B.

6.      I performed a CodeMatch® comparison between Zynga source code files and Green Patch source code files. After I performed the CodeMatch® comparison, I utilized an iterative, step-by-step method to evaluate the numerous resulting correlations and eliminate any similarities within those correlations that could be due to reasons other than copying. Specifically, I eliminated all similarities potentially caused by common use of third party code (*e.g.*, open source code), code generation tools, commonly used identifier names, commonly used algorithms, or common authorship. The steps I took to filter out similarities that were potentially attributable to reasons other than copying are described in detail in my Report at § 5, ¶¶ 39-58.

7.      After eliminating all similarities that could be attributable to reasons other than copying, I found remaining instances of correlation that can only be the result of direct copying of Zynga's code by Green Patch. A detailed description of several instances of direct copying by Green Patch is set forth in my Report at ¶¶ 60-72 (copying of *FarmVille*), 73-81 (copying of *Mafia Wars*), 82-85 (copying of *Texas HoldEm Poker*).

---

[2] CodeSuite® incorporates five programs I've created for identifying and analyzing program plagiarism: BitMatch®, CodeCross®, CodeDiff®, CodeMatch®, and SourceDetective®.

```
Zynga file ..\FarmSimBackend\fb\templates\flash.tpl
/**
 * Shows the feed dialog for the user
 *
 * @param integer    bundleId     id of the bundle to display template
 * @param integer    bundleData   Data to display in the bundle
 * @param array      targetId     Array of ids to publish story to
 * @param string     bodyGeneral  Associated text for stories
 */
function showFeedDialog(bundleId, bundleData, targetId, bodyGeneral) {
    FB.ensureInit(function() {

FB.Connect.showFeedDialog(bundleId,bundleData,null,null,null,FB.RequireConnect.require,null,null,null);
        //document.getElementById('flashapp').style.height='0px';
    });
}
```

Figure 2. Highlighted correlations between the Zynga file ..\FarmSimBacke[...]

[redacted content lines 9-25]

10.     Numerous other code correlations indicative of copying that I identified during my review of the parties' source code are described in my Report and exhibits thereto.

1  Illustrative charts providing side-by-side comparisons of the parties' correlated code segments,
2  highlighting the copied code in yellow, are provided as <u>Exhibits C-M</u> of my Report (<u>Exhibit 1</u>).
3     11. Based on my comparison of the code and analysis of the substantial
4  correlation between segments of Zynga's code and Green Patch's code, I conclude that Green
5  Patch copied portions of Zynga's software code from *FarmVille*, *Mafia Wars*, *Fashion Wars* and
6  *Texas HoldEm Poker*.
7     I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and correct.
9     Executed on September 30, 2010, at Kauai, Hawaii.

11            <u>/s/ Robert Zeidman</u>
           Robert Zeidman

27  I, Gabriel S. Gross, am the ECF User whose identification and password are being used to file this
28  document. Pursuant to General Order 45.X.B, I hereby attest that Robert Zeidman has concurred in this filing.

03880.51580/3705222.1

- 5 -   Case No. CV 09-3636-SC(EMC)
DECLARATION OF ROBERT ZEIDMAN