# EXHIBIT 1

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Gabriel S. Gross (Bar No. 254672)
3    gabegross@quinnemanuel.com
     Igor Piryazev (Bar No. 253149)
4    igorpiryazev@gmail.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
6  Facsimile:     (650) 801-5100

7    Morgan W. Tovey (Bar No. 136242)
     morgantovey@quinnemanuel.com
8  50 California Street, 22nd Floor
   San Francisco, California  94111-4624
9  Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
10
   Attorneys for Zynga Game Network Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zynga Game Network Inc., | CASE NO. 09-CV-3636-SC (EMC) |
| Plaintiff, | MANUAL FILING NOTICE OF: |
| vs. | **EXHIBIT 1** |
| Green Patch, Inc., | |
| Defendant. | |

**MANUAL FILING NOTIFICATION**

Regarding:   **DECLARATION OF ROBERT ZEIDMAN IN SUPPORT OF PLAINTIFF ZYNGA GAME NETWORK, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF COPYRIGHT INFRINGEMENT AND ENTITLEMENT TO STATUTORY DAMAGES RELATED TO *FARMVILLE***

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served separately shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[ ] Physical Object (description): _____
_____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
         _____

- 1 -

Case No. 09-CV-3636-SC (EMC)
MANUAL FILING NOTICE

DATED: October 1, 2010

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Gabriel S. Gross*
　　Claude M. Stern
　　Gabriel S. Gross
　　Igor Piryazev
　　Attorneys for Zynga Game Network Inc.