1  WILLIAM J. FRIMEL (SBN 160287)
   bill@hsfllp.com
2  HEFFERNAN SEUBERT & FRENCH
   1075 Curtis Street
3  Menlo Park, CA  94025
   Telephone: (650) 322-3048
4  Facsimile: (650) 322-2976

5  CAROLYN HOECKER LUEDTKE
   (SBN 207976)
6  Carolyn.Luedtke@mto.com
   MIRIAM KIM (SBN 238230)
7  Miriam.Kim@mto.com
   MUNGER, TOLLES & OLSON LLP
8  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA  94105-2907
9  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
10
   KELLY M. KLAUS (SBN 161091)
11 Kelly.Klaus@mto.com
   MUNGER, TOLLES & OLSON LLP
12 355 South Grand Avenue, Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
13 Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
14
   Attorneys for Defendant
15 GREEN PATCH, INC.

   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
     Claude M. Stern (Bar No. 96737)
     claudestern@quinnemanuel.com
     Gabriel S. Gross (Bar No. 254672)
     gabegross@quinnemanuel.com
     Igor Piryazev (Bar, No. 253149)
     igorpiryazev@quinnemanuel.com
   555 Twin Dolphin Drive, Fifth Floor
   Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100

     Morgan W. Tovey (Bar No. 136242)
     morgantovey@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, California  94111-4624
   Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700


   Attorneys for Plaintiff Zynga Game
   Network Inc.

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 ZYNGA GAME NETWORK INC.,                CASE NO.  CV 09-3636-SC (EMC)

19                Plaintiff,                **STIPULATION AND [P̶R̶O̶P̶O̶S̶ED]
20       v.                                 ORDER TO AMEND DEADLINES**

21 GREEN PATCH, INC.,

22                Defendant.

**STIPULATION**

Pursuant to Local Rules 6-1(b) and 6-2, Plaintiff Zynga Game Network Inc. ("Plaintiff") and Defendant Green Patch, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and move this Court for an order amending certain deadlines set in this action and permitting expert disclosures as scheduled below.  The parties submit that this scheduling change is appropriate to allow the parties to work together toward a potential settlement of the matter.

There have been seven prior time modifications in this case, four of which shortened the times for resolving other motions, one that continued the ADR deadline, and one that extended a deadline for Green Patch's compliance with an order of this Court.

The relief requested by this Stipulation will not require any further alteration of the existing schedule in this case.

The parties have stipulated to the following revised schedule:

1.  With respect to the expert report of Robert Zeidman on behalf of Zynga, the deadline for Green Patch to serve its rebuttal expert report in accordance with the Court's September 30, 2010 Order ¶ C (D.N. 107) and Rule 26(a)(2)(C)(ii), is extended from October 21, 2010 to October 28, 2010.

2.  With respect to the expert report of Jeffrey H. Kinrich on behalf of Zynga, Zynga may serve a supplemental or new report from Mr. Kinrich based on discovery provided by Green Patch after September 7, 2010, the original deadline for opening expert disclosures under Rule 26(a)(2)(C)(i).  Any such supplemental or new report from Mr. Kinrich shall be served by November 1, 2010.  The deadline for Green Patch to serve its rebuttal expert report in accordance with the Court's September 30, 2010 Order ¶ C (D.N. 107) and Rule 26(a)(2)(C)(ii), is extended from October 21, 2010 to November 15, 2010;

3.  The deadline for compliance with Paragraphs A(2) and B(2) of the Court's October 15, 2010 Order (D.N. 136) is extended to October 25, 2010.

| | |
|---|---|
| DATED: October 19, 2010 | MUNGER, TOLLES & OLSON LLP |
| | By: _____/s/_____<br>CAROLYN HOECKER LUEDTKE |
| | Attorneys for Defendant<br>GREEN PATCH, INC. |
| DATED: October 19, 2010 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | By: _____/s/_____<br>GABRIEL S. GROSS |
| | Attorneys for Plaintiff<br>ZYNGA GAME NETWORK INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 19, 2010    By: _____
Honorable
United States District Court

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

I, Carolyn Hoecker Luedtke, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Gabriel S. Gross has concurred in this filing.