WILLIAM J. FRIMEL (SBN 160287)
bill@hsfllp.com
HEFFERNAN SEUBERT & FRENCH
1075 Curtis Street
Menlo Park, CA  94025
Telephone: (650) 322-3048
Facsimile: (650) 322-2976

CAROLYN H. LUEDTKE (SBN 207976)
Carolyn.Luedtke@mto.com
MIRIAM KIM (SBN 238230)
Miriam.Kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendant
GREEN PATCH, INC.

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Gabriel S. Gross (Bar No. 254672)
gabegross@quinnemanuel.com
Igor Piryazev (Bar, No. 253149)
igorpiryazev@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff ZYNGA GAME
NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>GREEN PATCH, INC.,<br><br>            Defendant. | CASE NO.  CV 09-3636-SC (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME RE: DEFENDANT GREEN PATCH, INC.'S MOTION PURSUANT TO RULE 56(f) TO DENY AND/OR CONTINUE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Honorable Samuel Conti<br>United States District Judge<br><br>TRIAL DATE:     December 6, 2010 |

(Note: "PROPOSED" is shown with strikethrough.)

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff Zynga Game Network Inc. ("Plaintiff") and Defendant Green Patch, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and move this Court for an order shortening time to brief and hear Defendant's Rule 56(f) Motion to Deny Plaintiff's Motion for Partial Summary Judgment Motion, or Alternatively, to Continue Hearing ("Rule 56(f) Motion") (D.N. 142).  On October 1, 2010, Plaintiff filed a Motion for Partial Summary Judgment of Copyright Infringement and Entitlement to Statutory Damages Relating to *FarmVille* ("Summary Judgment Motion") with a noticed hearing date of November 5, 2010.  In response to Plaintiff's summary judgment motion, Defendant has filed an opposition and a motion pursuant to Rule 56(f) of the Federal Rules of Civil Procedure asserting that Green Patch cannot fully present all the facts essential to its opposition to Plaintiff's Summary Judgment Motion due to Plaintiff's refusal to provide complete discovery.

Zynga opposes Green Patch's Rule 56(f) motion and request and objects to the filing of a separate Rule 56(f) Motion as procedurally improper and an improper effort by Green Patch to acquire additional pages of briefing to oppose Zynga's Motion For Partial Summary Judgment.

The parties request that the Court hear Defendant's Rule 56(f) Motion on shortened time so that it may be fairly and expediently resolved at the noticed November 5, 2010 hearing date of Plaintiff's Summary Judgment Motion.

There have been eight prior time modifications in this case, four of which shortened the times for resolving other motions, one that continued the ADR deadline, one that extended a deadline for Green Patch's compliance with an order of this Court, and one by stipulation of the parties to allow the progress of settlement negotiations.

The relief requested by this Stipulation will not require any alteration of the schedule in this case.

The parties have stipulated to the following schedule for briefing and hearing the above-referenced motion:

1. Opposition due October 25, 2010;

2. Hearing on November 5, 2010 at 10:00 a.m.

Defendant has agreed to waive its right to file a reply brief.

DATED: October 26, 2010                    MUNGER, TOLLES & OLSON LLP


                                           By:      s/Miriam Kim
                                                    MIRIAM KIM

                                           Attorneys for Defendant
                                           GREEN PATCH, INC.

DATED: October 26, 2010                    QUINN EMANUEL URQUHART &
                                           SULLIVAN LLP


                                           By:      s/Gabriel S. Gross
                                                    GABRIEL S. GROSS

                                           Attorneys for Plaintiff
                                           ZYNGA GAME NETWORK INC.

## **ORDER**

It is hereby ORDERED that Defendant's Rule 56(f) Motion will be heard on November 5, 2010 at 10:00 a.m. Plaintiff's Opposition is due Friday October 29, 2010 no later than 12:00 noon. The Opposition shall not exceed five (5) pages. There shall be no Reply brief.

DATED: October 27, 2010       By: _____
                                           Honorable Samuel Conti
                                           Senior Judge, United States District Court