QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
  Igor Piryazev (Bar, No. 253149)
  igorpiryazev@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4624
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Plaintiff Zynga Game Network Inc.

WILLIAM J. FRIMEL (SBN 160287)
  bill@hsfllp.com
HEFFERNAN SEUBERT & FRENCH
1075 Curtis Street
Menlo Park, CA  94025
Telephone: (650) 322-3048
Facsimile: (650) 322-2976

CAROLYN HOECKER LUEDTKE (SBN 207976)
Carolyn.Luedtke@mto.com
MIRIAM KIM (SBN 238230)
Miriam.Kim@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendant Green Patch, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zynga Game Network Inc.,<br><br>    Plaintiff,<br><br>  vs.<br><br>Green Patch, Inc.,<br><br>    Defendant. | CASE NO. 09-CV-3636-SC (EMC)<br><br>STIPULATION TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR PAYMENT OF EXPENSES PURSUANT TO FED. R. CIV. P. 37(a)(5) AND SUPPLEMENTAL REQUEST FOR RULE 37(b) SANCTIONS ; ORDER<br><br>Honorable Edward M. Chen<br>United State Magistrate Judge<br><br>Complaint Filed:  August 7, 2009 |

03880.51580/3766176.2

CASE NO. 09-CV-3636-SC (EMC)
STIPULATION TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR PAYMENT OF EXPENSES PURSUANT TO FED. R. CIV. P. 37(a)(5) AND SUPPLEMENTAL REQUEST FOR RULE 37(b) SANCTIONS

Pursuant to Civil Local Rules 7-11 and 79-5, and General Order 62, Plaintiff Zynga Game Network Inc. ("Zynga") and Defendant Green Patch, Inc. ("Green Patch") stipulate to Zynga's filing of documents submitted in support of its motion for payment of expenses pursuant to Fed. R. Civ. P. 37(a)(5) and supplemental request for Rule 37(b) sanctions under seal:

1. WHEREAS, Zynga intends to file its Motion for Payment of Expenses Pursuant to Fed. R. Civ. P. 37(a)(5) and Supplemental Request for Rule 37(b) Sanctions ("Motion") on November 8, 2010;

2. WHEREAS, Zynga intends to file an Administrative Motion to File Under Seal Documents Submitted in Support of its Motion for Payment of Expenses Pursuant to Fed. R. Civ. P. 37(a)(5) and Supplemental Request for Rule 37(b) Sanctions ("Motion to Seal");

3. WHEREAS, Zynga shall include in its motion to seal a request that portions of the transcripts of Green Patch's 30(b)(6) deposition of Raymond Mason and the depositions of David King, as well as Deposition Exhibit No. 65 (GP31875-31882), attached to the Declaration of Claude M. Stern and submitted in support of Zynga's Motion be filed under seal;

4. WHEREAS, pursuant to Civil Local Rule 79-5 and General Order 62, Zynga shall file with its Motion to Seal a public redacted version of the brief it intends to file under seal;

5. WHEREAS, the requested relief is necessary and narrowly tailored to protect the confidentiality of the redacted material, including Green Patch's designated confidential business and financial information;

6. WHEREAS, the redacted material constitutes, references, or summarizes documents, information, or deposition testimony that Green Patch designated in the above-entitled litigation as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order (D.N. 74);

7. WHEREAS, Green Patch contends that the material it has designated as "Highly Confidential – Attorneys' Eyes Only" is not known or publicly available and disclosure could be used by competitors or other persons to gain an unfair competitive advantage;

8. WHEREAS, pursuant to Civil Local Rule 79-5(d), Green Patch shall file a declaration establishing that the designated information is sealable;

IT IS HEREBY STIPULATED by the parties, through their respective counsel of record,

03880.51580/3766176.2

2                                                             CASE NO. 09-CV-3636-SC (EMC)
STIPULATION TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR PAYMENT OF EXPENSES PURSUANT TO FED. R. CIV. P. 37(a)(5) AND SUPPLEMENTAL REQUEST FOR RULE 37(b) SANCTIONS

that Zynga should be permitted to file under seal documents submitted in support of its motion for payment of expenses pursuant to Fed. R. Civ. P. 37(a)(5) and supplemental request for Rule 37(b) sanctions. Zynga is directed to electronically file the above documents under seal pursuant to General Order 62.

**IT IS SO STIPULATED.**

DATED:  November 8, 2010     QUINN EMANUEL URQUHART & SULIVAN, LLP

By /s/
Gabriel S. Gross
Attorneys for Zynga Game Network Inc.

DATED:  November 8, 2010     MUNGER, TOLLES & OLSON LLP

By /s/
Carolyn Hoecker Luedtke
Attorneys for Green Patch, Inc.

I, Gabriel S. Gross, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has concurred in this filing.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]

03880.51580/3766176.2

3                    CASE NO. 09-CV-3636-SC (EMC)
STIPULATION TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR PAYMENT OF EXPENSES PURSUANT TO FED. R. CIV. P. 37(a)(5) AND SUPPLEMENTAL REQUEST FOR RULE 37(b) SANCTIONS