1  WILLIAM J. FRIMEL (SBN 160287)
   bill@hsfllp.com
2  HEFFERNAN SEUBERT & FRENCH
   1075 Curtis Street
3  Menlo Park, CA  94025
   Telephone: (650) 322-3048
4  Facsimile: (650) 322-2976

5  CAROLYN HOECKER LUEDTKE (SBN 207976)
   Carolyn.Luedtke@mto.com
6  MIRIAM KIM (SBN 238230)
   Miriam.Kim@mto.com
7  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
8  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
9  Facsimile:    (415) 512-4077

10 KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
11 MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
12 Los Angeles, CA 90071-1560
   Telephone:    (213) 683-9100
13 Facsimile:    (213) 687-3702

14 Attorneys for Defendant
   GREEN PATCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK INC., | CASE NO.  CV 09-3636-SC (EMC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART ZYNGA GAME NETWORK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF ZYNGA'S MOTIONS *IN LIMINE* NOS. 1-6** |
| v. | |
| GREEN PATCH, INC., | |
| Defendant. | |
| | Hon. Samuel Conti |
| | United States District Court Judge |
| | Complaint Filed: August 7, 2009 |

12303504.1

CV 09-3636-SC

**[PROPOSED] ORDER**

Having considered Plaintiff Zynga Game Network's Administrative Motion To File Under Seal Documents Submitted In Support Of Zynga's Motions *In Limine* Nos. 1-6 and the supporting Declaration of Miriam Kim, and finding compelling reasons therefore, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Exhibits 4, 17, 18, and 19 to the Declaration of Gabriel S. Gross In Support of Zynga's Motions *In Limine* Nos. 1-6 ("Gross Declaration").  A revised redacted copy of the Gross Declaration shall be publicly filed.

- Portions of Zynga's Motion *in Limine* No. 1 and Motion *in Limine* Nos. 2-6 that cite to, rely on, or summarize Exhibits 4, 17, 18, and 19 to the Gross Declaration, as well as the documents or testimony subject to Zynga Game Network's Administrative Motion to File Under Seal Documents Submitted in Support of Motion for Payment of Expenses Pursuant to Fed. R. Civ. P. 37(a)(5) and Supplemental Request for Rule 37(b) Sanctions (D.N. 197).

IT IS SO ORDERED.

DATED: November 16, 2010, 2010        By: _____
                                          Honorable Samuel Conti
                                          United States District Court Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:   *s/Miriam Kim*
           Miriam Kim

Attorneys for Defendant
GREEN PATCH, INC.

12303504.1           - 1 -           [PROPOSED] ORDER GRANTING ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL - CV 09-3636-SC