QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Gabriel S. Gross (Bar No. 254672)
  gabegross@quinnemanuel.com
Igor Piryazev (Bar No. 253149)
  igorpiryazev@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Morgan W. Tovey (Bar No. 96737)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4624
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Zynga Game Network Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., <br><br> Plaintiff, <br><br> v. <br><br> GREEN PATCH, INC., <br><br> Defendant. | CASE NO. 09-CV-3636-SC (EMC) <br><br> **STIPULATION OF DISMISSAL** |

Case No. 09-CV-3636-SC (EMC)

# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November 12, 2010

CLAUDE M. STERN
QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____
CLAUDE M. STERN

Attorneys for Plaintiff
Zynga Game Network Inc.

DATED: November ____, 2010

CAROLYN HOECKER LUETDKE
MUNGER, TOLLES & OLSON LLP

By: _____
CAROLYN HOECKER LUETDKE

Attorneys for Defendant
Green Patch, Inc.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November ____, 2010

CLAUDE M. STERN
QUINN EMANUEL URQUHART & SULLIVAN LLP

By:_____
CLAUDE M. STERN

Attorneys for Plaintiff
Zynga Game Network Inc.

DATED: November 12, 2010

CAROLYN HOECKER LUETDKE
MUNGER, TOLLES & OLSON LLP

By:_____
CAROLYN HOECKER LUETDKE

Attorneys for Defendant
Green Patch, Inc.

11/18/2010

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-    Case No. 09-CV-3636-SC (EMC)

1  I, Gabriel S. Gross, am the ECF User whose identification and password are being used to
2 file this document.  Pursuant to General Order 45.X.B, I hereby attest that Claude M. Stern and
3 Carolyn Hoecker Luedtke have concurred in this filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28